B6A (Official Form 6A) (12/07)

IN RE **P And P "Quick-Sett" Services, Inc.**                                    Case No. **10-14705**

_____                    _____
Debtor(s)                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **P And P "Quick-Sett" Services, Inc.**                     Case No. **10-14705**
_____
Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Thirteen (13) Bank of America checking accounts - 13 accounts ending in numbers as follows:**<br><br>**9657**<br>**9686**<br>**8291**<br>**4601**<br>**6175**<br>**0146**<br>**4035**<br>**5778**<br>**2931**<br>**4591**<br>**5781**<br>**2973**<br>**2944**<br><br>**Account statement shows zero balance.  However, account may have been attached or set off by bank or judgment creditors. Approximate amount in question $2,000.00** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Funds held in Raskin & Berman clients account** | | 23,936.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                                          Case No. **10-14705**
_____                                          _____
Debtor(s)                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **1. Prestige Capital: General Factored Reserves : $13,196.08**<br>**2. Prestige Capital: C.W. Wright Factored Reserves :$140,800.00**<br>**3. General Trade Receivables:**<br>   **Feeney Brothers $1,910.37**<br>   **JJ O'Brien & Sons $52,036.16**<br>   **LM Holdings $2,921.51**<br>   **Murphy & Fahey $7,246.04**<br>   **(Subtotal $64,114.08)**<br><br>**4. CW Wright Receivable sold to Prestige Capital ($499,200.00)**<br>**===========================** | | 218,110.16 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                                    Case No. 10-14705
          Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **C.W. Wright, Dominion breach of contract claim     $860,305.00**<br>**Kiewit breach of contract claim                            $774,906.21**<br>**EIC breach of contract claim                    $1,774,646.00**<br>**Kenny Construction breach of contract claim      $385,000.00**<br>**Cummins Engine breach of contract claim          $120,000.00**<br><br>**Note:  Some receivables and claims maybe subject to assignment or security interest asserted by to Expertech pursuant to settlement agreement dated February, 2010.  The effect of this agreement is not presently known.** | | 4,414,057.20 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Debtor utilizes on a non-exclusive basis a patent and trade secrets developed and  owned  by its 100% shareholder, Angelo Scola.** | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list not considered to be of value.** | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Used office furniture and equipment.  Net book value after depreciation** | | 9,323.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  |  |
|---|---|
| **TOTAL** | **4,665,426.36** |

_____  **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE  **P And P "Quick-Sett" Services, Inc.**                                    Case No. **10-14705**
                        Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **P And P "Quick-Sett" Services, Inc.**                    Case No. **10-14705**
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**All Points Capital Corp.**<br>**275 Broadhollow Rd**<br>**Melville, NY  11747-4808** | X | | **August 20 2008**<br>**Equipment Lease**<br><br>VALUE $ | | | | 167,250.00 | 167,250.00 |
| ACCOUNT NO.<br>**CN Funding**<br>**PO Box 2149**<br>**Gig Harbor, WA  98335-4149** | X | | **February 1, 2009**<br>**Equipment Lease**<br><br>VALUE $ | | | | 76,353.00 | 76,353.00 |
| ACCOUNT NO.<br>**CN Funding**<br>**Cohn & Dussi**<br>**300 Trade Center, Suite 3780**<br>**Woburn, MA  01801** | | | **Assignee or other notification for:**<br>**CN Funding**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Ford Credit**<br>**National Bankruptcy Service Center**<br>**PO Box 537901**<br>**Livonia, MI  48153-7901** | X | | **March 10, 2009**<br>**Equipment Lease**<br><br>VALUE $ | | | | 220,000.00 | 220,000.00 |

_____ **3** continuation sheets attached

Subtotal
(Total of this page)                                  $ **463,603.00**     $ **463,603.00**

Total
(Use only on last page)                              $                      $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                    Case No. 10-14705
_____                         _____
Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kemble Hampden, LLC**<br>**35 Wilson Ln**<br>**Needham, MA  02492-2737** | | | <br>VALUE $ | | | | **20,000.00** | **20,000.00** |
| ACCOUNT NO.<br>**Mack Financial Services**<br>**7025 Albert Pick Rd**<br>**Greensboro, NC  27409-9539** | | | **July 15, 2007**<br>**Equipment Lease**<br>VALUE $ | | | | **47,499.00** | **47,499.00** |
| ACCOUNT NO.<br>**Madison Capital**<br>**9 Gwynns Mill Ct Ste D**<br>**Owings Mills, MD  21117-3527** | X | | **February 1, 2006**<br>**Equipment Lease**<br>VALUE $ | | | | **14,750.00** | **14,750.00** |
| ACCOUNT NO.<br>**Mararian Complex, LLC**<br>**PO Box 16322**<br>**Rumford, RI  02916-0694** | | | **Nonresidential real property lease**<br>**425 Angell Street, Lower Level**<br>**Providence, RI 02906**<br>VALUE $ | | | | **0.00** | |
| ACCOUNT NO.<br>**MFR Properties, LLc**<br>**19682 Gleedsville Rd**<br>**Leesburg, VA  20175-8847** | | | <br>VALUE $ | | | | **12,584.29** | **12,584.29** |
| ACCOUNT NO.<br>**New Alliance Bank**<br>**195 Church St**<br>**New Haven, CT  06510-2009** | | | **October 1 2009**<br>**Promissory Note** | | | | **220,049.43** | **220,049.43** |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     $  **94,833.29**   $  **94,833.29**

Total
(Use only on last page)  $                 $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                      Case No. **10-14705**
_____                          _____
                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. <br> New Alliance Bank <br> 195 Church St <br> New Haven, CT  06510-2009 | X | | October 1, 2009 <br> Promissory Note and Personal Guarantee by Angelo and Nancy Scola <br><br> VALUE $ | | | | 392,644.17 | 392,644.17 |
| ACCOUNT NO. <br> Prestige Capital Corp. <br> C/O Theodore Orson, Esquire <br> 325 Angell St <br> Providence, RI  02906-3245 | | | Factoring agreement dated August 4, 2008 <br><br> VALUE $ | | | | 747,333.05 | 747,333.05 |
| ACCOUNT NO. <br> Theodore Orson, Esquire <br> Orson & Brusini <br> 325 Angell St <br> Providence, RI  02906-3245 | | | Assignee or other notification for: Prestige Capital Corp. <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> Rockland Leasing Corporation <br> 154 Ditch Road <br> South New Berlin, NY  13843 | X | | June 1, 2009 <br> Equipment Lease <br><br> VALUE $ | | | | 794,000.00 | 794,000.00 |
| ACCOUNT NO. <br> Harvey J. Cavayero, Esquire <br> Harvey Cavayero & Associates <br> 57 Old Country Rd Ste LVL <br> Westbury, NY  11590-5255 | | | Assignee or other notification for: Rockland Leasing Corporation <br><br> VALUE $ | | | | | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **2,154,026.65**  $ **2,154,026.65**

Total
(Use only on last page)   $ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                    Case No. **10-14705**
                                            Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Sterling National Bank Leasing Department 177 Crossways Park Dr Woodbury, NY 11797-2016** | X | | | | | | 25,111.39 | 25,111.39 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. ____3____ of ____3____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **25,111.39**    $ **25,111.39**

Total (Use only on last page)    $ **2,737,574.33**    $ **2,737,574.33**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **P And P "Quick-Sett" Services, Inc.**                                      Case No. **10-14705**
_____                                      _____
Debtor(s)                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE  P And P "Quick-Sett" Services, Inc.                                          Case No. **10-14705**
_____                                            _____
Debtor(s)                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anthony Scira**<br>**12538 Ridgeton Dr**<br>**Lakeside, CA  92040-5025** | | | **August - September 2010** | | | | **3,000.00** | **3,000.00** | |
| ACCOUNT NO.<br>**Frank Sallee**<br>**20 Lincoln St**<br>**Jamestown, RI  02835-1215** | | | **September, 2010** | | | | **1,538.46** | **1,538.46** | |
| ACCOUNT NO.<br>**Marcel Boucher**<br>**PO Box 203**<br>**Charlestown, NH  03603-0203** | | | **August  September 2010** | | | | **4,615.38** | **4,615.38** | |
| ACCOUNT NO.<br>**Terry Callum**<br>**1273 2nd Nh Tpke**<br>**Newport, NH  03773-7612** | | | **September 2010** | | | | **1,042.67** | **1,042.67** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __3__ continuation sheets attached to                                Subtotal     $ **10,196.51**  $ **10,196.51**  $
Schedule of Creditors Holding Unsecured Priority Claims            (Totals of this page)

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                 $              $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) 04/10 - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                    Case No. **10-14705**
_____                                    _____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Bridgeport**<br>**45 Lyon Ter**<br>**Bridgeport, CT  06604-4023** | | | 2006 | | | X | 41,793.76 | 41,793.76 | |
| ACCOUNT NO.<br>**City Of Worcester**<br>**455 Main St**<br>**Worcester, MA  01608-1821** | | | 2006 | | | X | 846.64 | 846.64 | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | | 2006 | | | | 279,070.85 | 279,070.85 | |
| ACCOUNT NO.<br>**State Of California**<br>**PO Box 26000**<br>**Sacramento, CA  95826-0026** | | | 2010 | | | | 17,927.96 | 17,927.96 | |
| ACCOUNT NO.<br>**State Of Massachusetts**<br>**PO Box 7010**<br>**Boston, MA  02204-7010** | | | 2010 | | | | 26,071.27 | 26,071.27 | |
| ACCOUNT NO.<br>**State Of Massachusetts**<br>**State Payroll Taxes**<br>**PO Box 7010**<br>**Boston, MA  02204-7010** | | | 2010 | | | | 4,380.78 | 4,380.78 | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **370,091.26** | $ **370,091.26** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $       $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) 04/10 - Cont.

IN RE  P And P "Quick-Sett" Services, Inc.                                    Case No. **10-14705**
_____                          _____
Debtor(s)                                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Town Of Bethel**<br>**1 School St**<br>**Bethel, CT  06801-1828** | | | **2006** | | | | **1,622.57** | **1,622.57** | |
| ACCOUNT NO.<br><br>**Town Of Leesburg**<br>**1 Harrison St SE Ste 1**<br>**Leesburg, VA  20175-3102** | | | **2010** | | | X | **1,646.72** | **1,646.72** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)     $  **3,269.29**   $  **3,269.29**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $  **383,557.06**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)     $  **383,557.06**   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **P And P "Quick-Sett" Services, Inc.**                                                     Case No. **10-14705**
_____
                              Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A&B Communications** **2900 N Hills St** **Meridian, MS  39305-2645** | | | | | | | **2,118.00** |
| ACCOUNT NO. **A-1 Portables** **PO Box 983** **Spencer, IA  51301-0983** | | | | | | | **623.00** |
| ACCOUNT NO. **A.L.L. Construction, Inc.** **PO Box 92** **Mount Storm, WV  26739-0092** | | | | | | | **10,926.00** |
| ACCOUNT NO. **A1 Copies Sales And Service** **76 East St** **Pawtucket, RI  02860-1023** | | | | | | | **973.00** |

_____**31**_____ continuation sheets attached

Subtotal
(Total of this page)     $  **14,640.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.** _____ Case No. **10-14705**
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Abba Specialized Hauling**<br>2640 E Barnett Rd Ste E/PMB 206<br>Medford, OR  97504-4301 | | | | | | | 8,630.00 |
| ACCOUNT NO.<br>**Adler**<br>PO Box 45081<br>San Francisco, CA  94145-0081 | | | | | | | 4,169.00 |
| ACCOUNT NO.<br>**Advantage Concrete**<br>7285 Waelti Dr<br>Melbourne, FL  32940-7546 | | | | | | | 500.00 |
| ACCOUNT NO.<br>**Aegis Associates**<br>1440 Main St Fl 2<br>Waltham, MA  02451-1653 | | | | | | | 1,755.00 |
| ACCOUNT NO.<br>**Aerotek Environmental**<br>7301 Parkway Dr<br>Hanover, MD  21076-1159 | | | | | | | 12,500.00 |
| ACCOUNT NO.<br>**Airgas East FKA Merriam Graves**<br>17 Northwestern Dr<br>Salem, NH  03079-4809 | | | | | | | 189.00 |
| ACCOUNT NO.<br>**Airgas Safety**<br>PO Box 951884<br>Dallas, TX  75395-1884 | | | | | | | 653.00 |

Sheet no. **1** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 28,396.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                                    Case No. **10-14705**
_____
                     Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Alban Cat** <br> PO Box 64251 <br> Baltimore, MD  21264-4251 | | | | | | | 919.00 |
| ACCOUNT NO. **082706** <br> **Allegheny Power** <br> 800 Cabin Drive <br> Greensburg, PA  15606-0001 | | | | | | | 973.00 |
| ACCOUNT NO. <br> **Alliance Trucking** <br> 1209 Stowe Ave <br> Medford, OR  97501-6612 | | | | | | | 2,700.00 |
| ACCOUNT NO. <br> **Angelo Scola** <br> 10 Yosemite Valley Rd <br> Westerly, RI  02891-5622 | | | 2004-2008 | | | | 450,000.00 |
| ACCOUNT NO. <br> **Arrow Magnolia International, LP** <br> PO Box 59089 <br> Dallas, TX  75229-3425 | | | | | | | 3,959.00 |
| ACCOUNT NO. <br> **At&T Wireless** <br> Attn Bankruptcy Dept <br> PO Box 536216 <br> Atlanta, GA  30353-6216 | | | | | | | 1,817.00 |
| ACCOUNT NO. <br> **AWFA** <br> HC 1 Box 23 <br> Felt, OK  73937-9719 | | | | | | | 1,133.00 |

Sheet no. **2** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **461,501.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                    Case No. **10-14705**
_____                        _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4056-Sr.** <br> **Bank Of America** <br> **Attn: Bankruptcy NC4-105-03-14** <br> **PO Box 26012** <br> **Greensboro, NC  27420-6012** | | | | | | | 1,899.00 |
| ACCOUNT NO. <br> **Bank Of America** <br> **Attn: Bankruptcy NC4-105-03-14** <br> **PO Box 26012** <br> **Greensboro, NC  27420-6012** | | | **Overdrawn bank accounts** | | | | 10,673.29 |
| ACCOUNT NO. <br> **Barney Trucking** <br> **235 Sr 24** <br> **Salina, UT  84654-5529** | | | | | | | 2,058.00 |
| ACCOUNT NO. <br> **Barrett Contracting & Pool Water** <br> **26 Clapboard Ridge Rd** <br> **Danbury, CT  06811-4542** | | | | | | | 2,080.00 |
| ACCOUNT NO. <br> **Beckner Boiler Co.** <br> **PO Box 6** <br> **Salem, VA  24153-0006** | | | | | | | 3,300.00 |
| ACCOUNT NO. <br> **Belardinelli Tire Company** <br> **7 Beach St** <br> **Bethel, CT  06801-2413** | | | | | | | 9,864.00 |
| ACCOUNT NO. <br> **Bernand K. Lynn** <br> **C/O Deborah Williams** <br> **1557 Viejas Creek Trl** <br> **Alpine, CA  91901-2352** | | | | | | | 10,000.00 |

Sheet no. **3** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **39,874.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **P And P "Quick-Sett" Services, Inc.**                                    Case No. **10-14705**
_____                                     _____
                        Debtor(s)                                                      (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Besser Company** <br> **13521 Quality Dr** <br> **Holland, MI  49424-8465** | | | | | | | **591.00** |
| ACCOUNT NO. <br> **Boston Check Cashers, Inc.** <br> **PO Box 374** <br> **Randolph, MA  02368-0374** | | | | | | | **894.00** |
| ACCOUNT NO. <br> **Bressler, Amery & Ross** <br> **325 Columbia Tpke** <br> **Florham Park, NJ  07932-1213** | | | | | | | **19,104.00** |
| ACCOUNT NO. <br> **Business Systems & Incentives, Inc.** <br> **PO Box 266** <br> **Putnam, CT  06260-0266** | | | | | | | **74.00** |
| ACCOUNT NO. <br> **C.W. Wright Const. Co Inc.** <br> **C/O A. James Kauffman, Esq** <br> **6800 Paragon Pl Ste 626** <br> **Richmond, VA  23230-1656** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Campo Materials Company** <br> **36501 Church Rd** <br> **Campo, CA  91906-2723** | | | | | | | **19,352.00** |
| ACCOUNT NO. <br> **Carter Machinery Company, Inc.** <br> **PO Box 751053** <br> **Charlotte, NC  28275-1053** | X | | | | | | **7,132.00** |

Sheet no. __**4**__ of __**31**__ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page) | $ | **47,147.00**

                                                                                     Total
                        (Use only on last page of the completed Schedule F. Report also on
                        the Summary of Schedules, and if applicable, on the Statistical
                        Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                                    Case No. **10-14705**
_____                                    _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Central Florida Testing**<br>**12625 40th St N**<br>**Clearwater, FL  33762-4236** | | | | | | | 560.00 |
| ACCOUNT NO.<br>**Central Tie**<br>**Keyer Avenue**<br>**Petersburg, WV  26847** | | | | | | | 1,800.00 |
| ACCOUNT NO.<br>**Chartis**<br>**22427 Network Plaza**<br>**Chicago, IL  60673-0001** | | | | | | | 17,875.00 |
| ACCOUNT NO.<br>**Chase**<br>**900 Stewart Ave Fl 3**<br>**Garden City, NY  11530-4855** | | | | | | | 274.00 |
| ACCOUNT NO.<br>**Chip Muller, Esquire**<br>**Packet Building**<br>**155 S Main St Ste 101**<br>**Providence, RI  02903-2963** | | | | | | | unknown |
| ACCOUNT NO.<br>**City Carting & Recycling**<br>**PO Box 17250**<br>**Stamford, CT  06907-7250** | | | | | | | 578.00 |
| ACCOUNT NO.<br>**Clark And Sons, Inc.**<br>**324 Waterman Ave Ste A**<br>**East Providence, RI  02914-2640** | | | | | | | 325.00 |

Sheet no. **5** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,412.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                          Case No. **10-14705**
_____                  _____
               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Clean Harbors Environmental Svc. Inc. <br> 42 Longwater Dr <br> Norwell, MA  02061-1612 | | | | | | | 6,869.78 |
| ACCOUNT NO. <br><br> Cleveland Brothers Cat <br> 4565 William Penn Hwy <br> Murrysville, PA  15668-2003 | | | | | | | 13,647.00 |
| ACCOUNT NO. <br><br> Clock Tower Law Group LLC <br> C/O Joseph J. Ranone, Esq. <br> 303 Jefferson Blvd <br> Warwick, RI  02888-3845 | | | | | | | 23,583.07 |
| ACCOUNT NO. <br><br> CNA Insurance <br> PO Box 382033 <br> Pittsburgh, PA  15250-8033 | | | | | | | 1,202.73 |
| ACCOUNT NO. <br><br> Commerce Insurance <br> 11 Gore Rd <br> Webster, MA  01570-6817 | | | | | | | 2,457.00 |
| ACCOUNT NO. <br><br> Concrete Coring Company <br> PO Box 1209 <br> Newcastle, OK  73065-1209 | | | | | | | 2,438.00 |
| ACCOUNT NO. <br><br> Concrete Pump Dispatch, Inc. <br> 960 Harbor Lake Ct Bldg 1 <br> Safety Harbor, FL  34695-2325 | | | | | | | 24,441.00 |

Sheet no. __**6**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **74,638.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc. _____ Case No. **10-14705**
                                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Connecticut Materials Testing Lab, Inc.**<br>7 Lexington Ave<br>Norwalk, CT  06854-4310 | | | | | | | 3,390.00 |
| ACCOUNT NO.<br>**Construction Equipment**<br>PO Box 671026<br>Dallas, TX  75267-1026 | | | | | | | 4,156.00 |
| ACCOUNT NO.<br>**Cox Communication**<br>Bankruptcy Department<br>9 Jp Murphy Hwy<br>West Warwick, RI  02893 | | | | | | | 2,693.00 |
| ACCOUNT NO.<br>**Crane Rental Inc.**<br>485 Riverside Pkwy<br>Austell, GA  30168-7804 | | | | | | | 6,580.00 |
| ACCOUNT NO.<br>**Davis, Malam, & D'Agostine**<br>1 Boston Pl<br>Boston, MA  02108-4407 | | | | | | | 18,534.00 |
| ACCOUNT NO.<br>**Deer Park**<br>PO Box 856192<br>Louisville, KY  40285-6192 | | | | | | | 1,015.28 |
| ACCOUNT NO.<br>**DERT Services, Inc.**<br>8527 Woodville Rd<br>Mount Airy, MD  21771-9629 | | | | | | | 1,125.00 |

Sheet no. **7** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,493.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.** _____  Case No. **10-14705**
 Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **DeSantie Tire Company**<br>**8 Tunxis Hill Rd**<br>**Fairfield, CT  06825-4831** | | | | | | | **1,848.00** |
| ACCOUNT NO. | | | | | | | |
| **Dettinburn Transport, Inc. HC**<br>**HC 78 Box 99**<br>**Riverton, WV  26814-9709** | | | | | | | **2,386.65** |
| ACCOUNT NO. | | | | | | | |
| **DHL Express**<br>**10097 Cleary Blvd # 403**<br>**Plantation, FL  33324-1065** | | | | | | | **1,352.00** |
| ACCOUNT NO. | | | | | | | |
| **Duffield Hauling Inc.**<br>**George Duffield**<br>**1170 Kings Hwy**<br>**King George, VA  22485-6541** | | | | | | | **16,432.00** |
| ACCOUNT NO. | | | | | | | |
| **Earth Transport Trucking, Llc**<br>**43 Hecker Ave**<br>**Darien, CT  06820-5300** | | | | | | | **786.00** |
| ACCOUNT NO. | | | | | | | |
| **Ennstone, Inc.**<br>**Attn: Randy Helwig**<br>**PO Box 6090**<br>**Fredericksburg, VA  22403-6090** | | | | | | | **1,166.00** |
| ACCOUNT NO. | | | | | | | |
| **Enterprise Rent A Car**<br>**600 Corporate Park Dr**<br>**Saint Louis, MO  63105-4204** | | | | | | | **2,348.00** |

Sheet no. **8** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **26,318.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.
_____
Debtor(s)

Case No. **10-14705**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Erickson Truck Sales**<br>**PO Box 351**<br>**Jackson, MN  56143-0351** | | | | | | | 3,251.00 |
| ACCOUNT NO.<br>**Expertech Network Installation(US), Inc.**<br>**Greenberg, Traurig, LLP**<br>**1 International Pl**<br>**Boston, MA  02110-2602** | | | Liability based upon Settlement Agreement February 1, 2010.  Creditor claims a security interest.  Not confirmed as of the date of filing of the scheduoles. | | | X | 4,877,879.98 |
| ACCOUNT NO.<br>**Expertech Network Installation(US), Inc.**<br>**255 I'Assomption Blvd**<br>**Montreal, Quebec H1N 2G8,** | | | Assignee or other notification for: Expertech Network Installation(US), Inc. | | | | |
| ACCOUNT NO.<br>**Joseph Avanzado, Esquire**<br>**Adler, Pollock & Sheehan**<br>**1 Citizens Plz 8th Fl**<br>**Providence, RI  02903-1344** | | | Assignee or other notification for: Expertech Network Installation(US), Inc. | | | | |
| ACCOUNT NO.<br>**F&L Plumbing & Heating, Inc.**<br>**16757 Ketoctin Church Rd**<br>**Purcellville, VA  20132-3552** | | | | | | | 3,874.00 |
| ACCOUNT NO.<br>**Fair Point Communications**<br>**PO Box 11021**<br>**Lewiston, ME  04243-9472** | | | | | | | 268.00 |
| ACCOUNT NO.<br>**Fairfax Materials**<br>**8490 Garrett Hwy**<br>**Oakland, MD  21550-2018** | | | | | | | 14,915.00 |

Sheet no. **9** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,900,187.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                                        Case No. **10-14705**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fairfax Water**<br>**PO Box 71076**<br>**Charlotte, NC  28272-1076** | | | | | | | 2,135.00 |
| ACCOUNT NO.<br>**Fast Lane**<br>**PO Box 632**<br>**Auburn, MA  01501-0632** | | | | | | | 5,136.00 |
| ACCOUNT NO.<br>**Fastenal Co**<br>**PO Box 1286**<br>**Winona, MN  55987-0978** | | | | | | | 2,098.00 |
| ACCOUNT NO.<br>**FedEx**<br>**Attn Revenue Recovery/Bankruptcy**<br>**3965 Airways Blvd Module G 3rd Fl**<br>**Memphis, TN  38116** | | | | | | | 1,199.76 |
| ACCOUNT NO.<br>**First Advantage SBS**<br>**PO Box 919226**<br>**Orlando, FL  32891-9226** | | | | | | | 120.00 |
| ACCOUNT NO.<br>**Flat Iron Capital**<br>**Dept 2195**<br>**Denver, CO  80271-0001** | | | | | | | 6,853.00 |
| ACCOUNT NO.<br>**Forchelli, Curto, Deegan, LLP**<br>**333 Earle Ovington Blvd Ste 1010**<br>**Uniondale, NY  11553-3645** | | | | | | | 1,107.00 |

Sheet no. **10** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,648.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.** _____    Case No. **10-14705**
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Friendship Utilities** <br> **600 Worcester Rd** <br> **Framingham, MA  01702-5303** | | | | | | | 742.00 |
| ACCOUNT NO. <br> **Fusarao, Altomare & Ermilio** <br> **71 Elm St Ste 102** <br> **Worcester, MA  01609-2353** | | | | | | | 7,462.00 |
| ACCOUNT NO. <br> **Fusco & Giuliano** <br> **39 Russ St Ste 1** <br> **Hartford, CT  06106-1586** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **G.T. Reilly & Company** <br> **424 Adams St Ste 300** <br> **Milton, MA  02186-4371** | | | | | | | 4,630.00 |
| ACCOUNT NO. <br> **Garrett Mine Supply** <br> **104 Commerce Dr** <br> **Oakland, MD  21550-3932** | | | | | | | 1,201.00 |
| ACCOUNT NO. <br> **Gary, Thomasson, Hall** <br> **615 N Upper Broadway St Ste 800** <br> **Corpus Christi, TX  78401-0736** | | | | | | | 11,432.00 |
| ACCOUNT NO. <br> **Graymont** <br> **Dept Ch 17976** <br> **Palatine, IL  60055-0001** | | | | | | | 9,148.00 |

Sheet no. __**11**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **34,615.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** P And P "Quick-Sett" Services, Inc.                                    Case No. **10-14705**
_____                    _____
Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Green Mountain Power** 163 Acorn Ln Colchester, VT 05446-5815 | | | | | | | 1,088.00 |
| ACCOUNT NO. **Green Plains Grain Company** 701 N Main St Everly, IA 51338-7583 | | | | | | | 4,331.00 |
| ACCOUNT NO. **Gudelsky Materials** 14750 Gibbons Church Rd Brandywine, MD 20613-8163 | | | | | | | 335,295.00 |
| ACCOUNT NO. **H&V Equipment** 4402 US Highway 77 Corpus Christi, TX 78410-4532 | | | | | | | 5,836.00 |
| ACCOUNT NO. **H.R. Candee Construction** 3255 Fairfield Ave Bridgeport, CT 06605-3265 | | | | | | | 2,516.00 |
| ACCOUNT NO. **Hahn Transportation, Inc.** PO Box 8 New Market, MD 21774-0008 | | | | | | | 25,845.00 |
| ACCOUNT NO. **Haley & Aldrich** 465 Medford St Ste 2200 Charlestown, MA 02129-1454 | | | | | | | 38,290.00 |

Sheet no. **12** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **413,201.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.** _____   Case No. **10-14705**
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hallen Construction**<br>**171 Service Rd Ste 302A**<br>**Warwick, RI  02886-1015** | | | | | | | **116,501.00** |
| ACCOUNT NO.<br>**Haynes Materials**<br>**30D Progress Ave**<br>**Seymour, CT  06483-3921** | | | | | | | **174,606.00** |
| ACCOUNT NO.<br>**Hocon Gas**<br>**33 Rockland Rd**<br>**Norwalk, CT  06854-4607** | | | | | | | **3,618.00** |
| ACCOUNT NO.<br>**Holiday Inn**<br>**31 Hampshire St**<br>**Mansfield, MA  02048-1113** | | | | | | | **19,780.00** |
| ACCOUNT NO.<br>**Holiday Inn - Leesburg**<br>**1500 East Main Street**<br>**Leesburg, VA  20176** | | | | | | | **7,119.00** |
| ACCOUNT NO.<br>**Holt Cat**<br>**PO Box 911975**<br>**Dallas, TX  75391-1975** | | | **Dozer D6** | | | | **6,849.00** |
| ACCOUNT NO.<br>**Holt Cat**<br>**PO Box 911975**<br>**Dallas, TX  75391-1975** | | | **950 Loader** | | | | **4,630.00** |

Sheet no. **13** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **333,103.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                                      Case No. 10-14705
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Holt Cat** <br> PO Box 911975 <br> Dallas, TX 75391-1975 | | | 938 Loader #2 | | | | 158.00 |
| ACCOUNT NO. <br> **Home Depot - Mansfield** <br> 390 West St <br> Mansfield, MA 02048-1161 | | | | | | | 900.00 |
| ACCOUNT NO. <br> **Hub International Northeast Limited** <br> Attn: Tamara Thompson <br> 100 Sunnyside Blvd <br> Woodbury, NY 11797-2925 | | | | | | | 35,876.00 |
| ACCOUNT NO. <br> **IKON Office Solutions** <br> PO Box 827164 <br> Philadelphia, PA 19182-7164 | | | | | | | 1,656.00 |
| ACCOUNT NO. <br> **Information Velocity Partners** <br> 88 E Main St <br> Mendham, NJ 07945-1832 | | | | | | | 32,000.00 |
| ACCOUNT NO. <br> **Jager Smith** <br> 1 Financial Ctr <br> Boston, MA 02111-2621 | | | | | | | 1,057.00 |
| ACCOUNT NO. <br> **Jason's Hauling** <br> 6108 W Linebaugh Ave <br> Tampa, FL 33625-5651 | | | | | | | 110.00 |

Sheet no. **14** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 71,757.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.     Case No. **10-14705**

Debtor(s)                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JGI**<br>**PO Box 931277**<br>**Kansas City, MO  64193-1277** | | | | | | | **225.00** |
| ACCOUNT NO.<br>**Jones Trucking**<br>**RR 1 Box 17**<br>**Elk Garden, WV  26717-9701** | | | | | | | **3,057.00** |
| ACCOUNT NO.<br>**Joseph Turchyn**<br>**2 Bridge Ave Ste 602**<br>**Red Bank, NJ  07701-4606** | | | | | | | **1,058.00** |
| ACCOUNT NO.<br>**JR & Sons Construction**<br>**PO Box 756**<br>**Beaver, UT  84713-0756** | | | | | | | **3,210.00** |
| ACCOUNT NO.<br>**JR Smith Bulk Transport**<br>**28 Kruger Rd**<br>**Hopkinton, MA  01748-1291** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**L F Orrison, Inc.**<br>**PO Box 1611**<br>**Leesburg, VA  20177-1611** | | | | | | | **1,505.00** |
| ACCOUNT NO.<br>**Labor Finders**<br>**PO Box 271508**<br>**Tampa, FL  33688-1508** | | | | | | | **2,915.00** |

Sheet no. **15** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,970.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** P And P "Quick-Sett" Services, Inc.
_____
Debtor(s)
(If known)

Case No. **10-14705**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lakeland Bank**<br>**250 Oak Ridge Rd**<br>**Oak Ridge, NJ  07438-8906** | | | May 1, 2010 | | | | 13,755.00 |
| ACCOUNT NO.<br>**Law Office Of Troy D. Morrison**<br>**11 Foster St**<br>**Worcester, MA  01608-1760** | | | | | | | 1,225.00 |
| ACCOUNT NO.<br>**Lehigh Northeast Cement Company**<br>**PO Box 405773**<br>**Atlanta, GA  30384-5773** | | | | | | | 28,894.95 |
| ACCOUNT NO.<br>**Licari, Walsh, & Sklaver, LLC**<br>**105 Court St 4th Fl**<br>**New Haven, CT  06511-6957** | | | | | | | 4,472.00 |
| ACCOUNT NO.<br>**Licata Kelleher**<br>**137 South St Fl 3**<br>**Boston, MA  02111-2848** | | | | | | | 4,000.00 |
| ACCOUNT NO.<br>**Lombardo Graphics**<br>**1044 Johnson St**<br>**North Andover, MA  01845-5526** | | | | | | | 1,015.00 |
| ACCOUNT NO.<br>**LoStocco Metalworks, LLC**<br>**PO Box 964**<br>**Danbury, CT  06813-0964** | | | | | | | 271.00 |

Sheet no. __16__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **53,632.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                              Case No. **10-14705**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Luck Stone**<br>**PO Box 29871**<br>**Henrico, VA  23242-0871** | X | | | | | | 40,413.00 |
| ACCOUNT NO.<br>**Maine Oxy Group**<br>**22 Albiston Way**<br>**Auburn, ME  04210-4869** | | | | | | | 2,102.00 |
| ACCOUNT NO.<br>**Mass Ave Sunmart**<br>**895 Mass Ave**<br>**Boston, MA  02118-2607** | | | | | | | 8,895.00 |
| ACCOUNT NO.<br>**McAda Drilling Fluids Inc.**<br>**PO Box 1080**<br>**Bay City, TX  77404-1080** | | | | | | | 6,183.00 |
| ACCOUNT NO.<br>**MCCourt & Sons Equipment, Inc.**<br>**5141 W State Highway 71**<br>**La Grange, TX  78945-5152** | | | | | | | 22,500.00 |
| ACCOUNT NO.<br>**Milton Cat**<br>**2158 Plainfield Pike Ste 10**<br>**Cranston, RI  02921-2018** | | | | | | | 29.00 |
| ACCOUNT NO.<br>**Mobile Mini**<br>**PO Box 79149**<br>**Phoenix, AZ  85062-9149** | | | | | | | 910.00 |

Sheet no. **17** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **81,032.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** P And P "Quick-Sett" Services, Inc.                    Case No. **10-14705**

_____                    _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MTGL, Inc.** <br> **Attn Nancy Wong** <br> **2992 E La Palma Ave Ste A** <br> **Anaheim, CA  92806-2600** | | | | | | | 645.00 |
| ACCOUNT NO. <br> **Murphy Tractor** <br> **1303 3rd Ave NW** <br> **Fort Dodge, IA  50501-2257** | | | | | | | 300.00 |
| ACCOUNT NO. <br> **My-O-Management Services, Inc.** <br> **133 Weber Rd** <br> **Oakland, MD  21550-1903** | | | | | | | 91,104.00 |
| ACCOUNT NO. <br> **Myrl & Roy's Paving, Inc.** <br> **1300 N Bahnson Ave** <br> **Sioux Falls, SD  57103-6195** | | | | | | | 29,471.00 |
| ACCOUNT NO. <br> **National Grid** <br> **Bankruptcy Dept. C-3** <br> **PO Box 10469** <br> **Woburn, MA  01807-0001** | | | | | | | 2,139.65 |
| ACCOUNT NO. <br> **National Lumber** <br> **976 Main St** <br> **Acton, MA  01720-5811** | | | | | | | 53,620.00 |
| ACCOUNT NO. <br> **Nautilus Insurance Company** <br> **Strauss, Factor, Laing, & Lyons** <br> **222 Richmond St Ste 208** <br> **Providence, RI  02903-4227** | | | | | | | 33,237.00 |

Sheet no. __18__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **210,516.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                    Case No. **10-14705**
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Neid Equipment**<br>**2104 Okoboji Ave**<br>**Milford, IA  51351-1294** | | | | | | | **680.00** |
| ACCOUNT NO.<br>**New Alliance Bank**<br>**195 Church St**<br>**New Haven, CT  06510-2009** | | | | | | | **14,039.00** |
| ACCOUNT NO.<br>**New England Electrical Union**<br>**256 Freeport St**<br>**Dorchester, MA  02122-2845** | | | | | | | **30,472.00** |
| ACCOUNT NO.<br>**Nielsen's Lake Rental Center**<br>**3705 US Highway 71**<br>**Spirit Lake, IA  51360-7196** | | | | | | | **496.00** |
| ACCOUNT NO.<br>**Norris, McLaughlin & Marcus**<br>**PO Box 5933**<br>**Bridgewater, NJ  08807-5933** | | | | | | | **2,707.00** |
| ACCOUNT NO.<br>**Northwest Ready Mix**<br>**6340 180th St**<br>**Ocheyedan, IA  51354-7065** | | | | | | | **7,904.00** |
| ACCOUNT NO.<br>**Nova Urgent Care**<br>**21785 Filigree Ct Ste 100**<br>**Ashburn, VA  20147-6214** | | | | | | | **0.00** |

Sheet no. __**19**__ of __**31**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **56,298.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                                    Case No. **10-14705**
_____                                    _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NYWCB**<br>**100 Broadway**<br>**Menands, NY  12204-2797** | | | | | | | **172,500.00** |
| ACCOUNT NO.<br>**Oil Patch**<br>**1526 N Padre Island Dr**<br>**Corpus Christi, TX  78408-2349** | | | | | | | **3,475.92** |
| ACCOUNT NO.<br>**Omni Combined W.E., LLC**<br>**260 W Exchange St**<br>**Providence, RI  02903-1000** | | | | | | | **25,061.00** |
| ACCOUNT NO.<br>**Paramount Concrete, Inc.**<br>**338 Courtland Ave**<br>**Stamford, CT  06906-2202** | | | | | | | **15,057.00** |
| ACCOUNT NO.<br>**Peak Innovations**<br>**1 Industrial Park**<br>**Johnstown, CO  80534-7802** | | | | | | | **43,350.00** |
| ACCOUNT NO.<br>**Pete Howe Industrial**<br>**PO Box 983**<br>**Spencer, IA  51301-0983** | | | | | | | **1,380.00** |
| ACCOUNT NO.<br>**Peter Dinardo Enterprises**<br>**323 North Ave**<br>**Bridgeport, CT  06606-5125** | | | | | | | **50,224.00** |

Sheet no. **20** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **311,047.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.
_____
Debtor(s)
(If known)

Case No. 10-14705

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Petersburg Oil Company**<br>12 S Grove St<br>Petersburg, WV  26847-1767 | | | | | | | 12,858.00 |
| ACCOUNT NO.<br>**Pitney Bowes Inc.**<br>1 Elmcroft Road<br>Stamford, CT  06926-0700 | | | | | | | 25.00 |
| ACCOUNT NO.<br>**Pittsburgh Union #126**<br>Wellington Square<br>Greensburg, PA  15601 | | | | | | | 52.00 |
| ACCOUNT NO.<br>**Pittsburgh Water And Sewer**<br>1200 Penn Ave<br>Pittsburgh, PA  15222-4207 | | | | | | | 3,471.00 |
| ACCOUNT NO.<br>**Poland Springs**<br>PO Box 856192<br>Louisville, KY  40285-6192 | | | | | | | 117.00 |
| ACCOUNT NO.<br>**Polgrim Insurance Company**<br>695 Atlantic Ave<br>Boston, MA  02111-2623 | | | | | | | 1,301.00 |
| ACCOUNT NO.<br>**Polivy & Taschner, LLC**<br>6 Central Row<br>Hartford, CT  06103-2718 | | | | | | | 20,391.00 |

Sheet no. __21__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 38,215.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                          Case No. **10-14705**
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Powerhouse Equipment** <br> 240 Creek Rd <br> Delanco, NJ  08075-5202 | | | | | | | 1,325.00 |
| ACCOUNT NO. <br> **Powerplan** <br> PO Box 650215 <br> Dallas, TX  75265-0215 | | | | | | | 17,365.00 |
| ACCOUNT NO. <br> **Priggen Steel Building Company, Inc.** <br> PO Box 1039 <br> Wrentham, MA  02093-9039 | X | | | | | | 0.00 |
| ACCOUNT NO. <br> **Purchase Power** <br> PO Box 856042 <br> Louisville, KY  40285-6042 | | | | | | | 806.00 |
| ACCOUNT NO. <br> **Quirk Tires** <br> 50 Smith Pkwy <br> Westborough, MA  01581-3328 | | | | | | | 352.00 |
| ACCOUNT NO. <br> **R.J. Longboat & Sons Construction, Inc.** <br> 3101 Emerson Ave S <br> Saint Petersburg, FL  33712-1440 | | | | | | | 5,291.00 |
| ACCOUNT NO. <br> **Rain For Rent** <br> 9 Pioneer Dr <br> North Oxford, MA  01537-1219 | | | | | | | 8,323.00 |

Sheet no. **22** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **33,462.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.** _____ Case No. **10-14705**
                                            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Red Bank Capital, LLC** <br> **2 Bridge Ave Ste 602** <br> **Red Bank, NJ  07701-4606** | | | | | | | **666.00** |
| ACCOUNT NO. <br> **Reimer International** <br> **PO Box 1168** <br> **Didsbury, AB TOM OWO Canada** | | | | | | | **23,375.00** |
| ACCOUNT NO. <br> **Rental Service Corp** <br> **4016 Highway Blvd** <br> **Spencer, IA  51301-2157** | | | | | | | **101.00** |
| ACCOUNT NO. <br> **RI Division Of Taxation** <br> **1 Capitol HI** <br> **Providence, RI  02908-5816** | | | | | | | **199.85** |
| ACCOUNT NO. <br> **RI Division Of Taxation** <br> **1 Capitol HI** <br> **Providence, RI  02908-5816** | | | | | | | **1,000.00** |
| ACCOUNT NO. <br> **Roanoke Cement Company** <br> **PO Box 65082** <br> **Charlotte, NC  28265-0082** | | | | | | | **244,322.00** |
| ACCOUNT NO. <br> **Rock Hill Sand & Gravel Inc.** <br> **Joseph Kasiner, Esq & M. Hoseph Pierce E** <br> **7653 Leesburg Pike** <br> **Falls Church, VA  22043-2520** | X | | | | | | **0.00** |

Sheet no. __23__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **269,663.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                          Case No. **10-14705**
_____
             Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Rollins Machine Inc.** <br> **PO Box 249** <br> **Milford, UT  84751-0249** | | | | | | | 2,080.00 |
| ACCOUNT NO. <br> **Santa Fuel** <br> **PO Box 1141** <br> **Bridgeport, CT  06601-1141** | X | | | | | | 74,419.00 |
| ACCOUNT NO. <br> **Santa Fuel** <br> **Partridge, Snow & Hahn** <br> **128 Union St** <br> **New Bedford, MA  02740-6386** | | | **Assignee or other notification for:** <br> **Santa Fuel** | | | | |
| ACCOUNT NO. <br> **SBC** <br> **PO Box 5076** <br> **Saginaw, MI  48605** | | | | | | | 500.00 |
| ACCOUNT NO. <br> **Schmidt Electric, LLC** <br> **68 Radnor Ave** <br> **Naugatuck, CT  06770-2006** | | | | | | | 1,289.00 |
| ACCOUNT NO. <br> **Scott Selvidio** <br> **661 Park Ave Apt 23** <br> **Keene, NH  03431-1589** | | | | | | | 4,500.00 |
| ACCOUNT NO. <br> **Second Injury Fund** <br> **Office Of The Treasurer** <br> **55 Elm St** <br> **Hartford, CT  06106-1746** | | | | | | | 132,232.00 |

Sheet no. __24__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **215,020.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** P And P "Quick-Sett" Services, Inc.                                      Case No. **10-14705**
_____                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SEFA Group<br>Hank Keioer<br>217 Cedar Rd<br>Lexington, SC  29073-8871** | | | | | | | 4,047.00 |
| ACCOUNT NO.<br>**Sir Speedy<br>103 Dyer St<br>Providence, RI  02903-3904** | | | | | | | 912.00 |
| ACCOUNT NO.<br>**Small Business Service Bureau Inc.<br>PO Box 15014<br>Worcester, MA  01615-0014** | | | | | | | 5,727.00 |
| ACCOUNT NO.<br>**Sprint-Nextel<br>Attention Collections<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100** | | | | | | | 8,094.78 |
| ACCOUNT NO.<br>**Staples<br>Collections Dept<br>PO Box 8004<br>Layton, UT  84041** | | | | | | | 451.00 |
| ACCOUNT NO.<br>**State Of Connecticut<br>Department Of Revenue<br>2 Cliff St Ste 3<br>Norwich, CT  06360-5850** | | | | | | | 4,270.00 |
| ACCOUNT NO.<br>**Stuart Engineering<br>7525 Metropolitan Dr<br>San Diego, CA  92108-4411** | | | | | | | 1,166.00 |

Sheet no. **25** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **24,667.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  P And P "Quick-Sett" Services, Inc.                              Case No. **10-14705**
_____
                    Debtor(s)                                                (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Suburban Fuel Co.**<br>**6+05 Oakwood Road**<br>**Alexandria, VA  22310** | | | | | | | **100.00** |
| ACCOUNT NO.<br>**Summit Ltd.**<br>**44 Rumford Ave**<br>**Waltham, MA  02453-3845** | | | | | | | **1,415.00** |
| ACCOUNT NO.<br>**Sun Concrete Pumping**<br>**2101 SE 44th Ct**<br>**Grimes, IA  50111-4932** | | | | | | | **1,822.00** |
| ACCOUNT NO.<br>**Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA  30384-9211** | | | | | | | **8,313.00** |
| ACCOUNT NO.<br>**Superior Power Wash** | | | | | | | **212.00** |
| ACCOUNT NO.<br>**Sysguru, Inc.**<br>**188 Sargent St**<br>**Warwick, RI  02888-3110** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Tartaglia And Sons Trucking**<br>**181 Elm St**<br>**Thomaston, CT  06787-1707** | | | | | | | **5,900.00** |

Sheet no. **26** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **17,762.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** P And P "Quick-Sett" Services, Inc.        Case No. **10-14705**
_____
Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **TCE Logistics** <br> **3130 450th St** <br> **Webb, IA  51366-7539** | | | | | | | 5,066.00 |
| ACCOUNT NO. <br> **Technology Advisory Group** <br> **1769 Elmwood Ave** <br> **Warwick, RI  02888-1103** | | | | | | | 3,843.00 |
| ACCOUNT NO. <br> **TESCO Resources, Inc.** <br> **170 Freight St** <br> **Waterbury, CT  06702-1804** | | | | | | | 2,703.00 |
| ACCOUNT NO. <br> **Texas Workforce** <br> **1201 Main St Ste 2700** <br> **Dallas, TX  75202-3938** | | | | | | | 189.00 |
| ACCOUNT NO. <br> **The Internet Yellowpages.Comn** <br> **PO Box 85300** <br> **Austin, TX  78708-5300** | | | | | | | 386.00 |
| ACCOUNT NO. <br> **The Welding Rod** <br> **3456 Sand Flat Rd** <br> **Oakland, MD  21550-6946** | | | | | | | 112.00 |
| ACCOUNT NO. <br> **Tilcon** <br> **140 Southern Blvd** <br> **Wyoming, DE  19934-1152** | | | | | | | 4,448.00 |

Sheet no. **27** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,747.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE P And P "Quick-Sett" Services, Inc.                                                   Case No. **10-14705**
_____                                                   _____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Town Of Westwood** **580 High St** **Westwood, MA  02090-1607** | | | | | | | **unknown** |
| ACCOUNT NO. | | | | | | | |
| **Travelers Indemnity Company** **1 Tower Square** **Hartford, CT  06183-0001** | | | | | | | **37,639.00** |
| ACCOUNT NO. | | | | | | | |
| **Triple T Trucking** **437 Vernon St** **Brattleboro, VT  05301-8612** | | | | | | | **339.00** |
| ACCOUNT NO. | | | | | | | |
| **Troy D. Morrison** **255 Park Ave Ste 702** **Worcester, MA  01609-1929** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Tuccinardi Topsoil** **45 Liberty St** **Stamford, CT  06902-4707** | | | | | | | **106,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Twin State Welding** **91 Mechanic St** **Lebanon, NH  03766-1519** | | | | | | | **71.00** |
| ACCOUNT NO. | | | | | | | |
| **Two-Way Radio** **PO Box 299** **Cumberland, MD  21501-0299** | | | | | | | **60.00** |

Sheet no. **28** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **144,109.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**      Case No. **10-14705**
_____
Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

*© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **United Illuminating Company** **Credit Info Bureau** **70 Jefferson Blvd** **Warwick, RI  02888-1056** | | | | | | | **458.00** |
| ACCOUNT NO. **United Site Services** **PO Box 9131** **Foxboro, MA  02035-9131** | | | | | | | **542.00** |
| ACCOUNT NO. **UPS** **100 E Campus View Blvd** **Columbus, OH  43235-4647** | | | | | | | **176.00** |
| ACCOUNT NO. **Vanguard Car Rental USA, Inc.** **C/O First Financial Asset Management Inc** **230 Peachtree St NW 17th Fl** **Atlanta, GA  30303-1534** | | | | | | | **unknown** |
| ACCOUNT NO. **Vehicle Tracking Solutions** **10 E 5th St** **Deer Park, NY  11729-7302** | | | | | | | **480.00** |
| ACCOUNT NO. **Veritext Florida Reporting Co.** **19 W Flagler St Ste 1020** **Miami, FL  33130-4410** | | | | | | | **1,993.00** |
| ACCOUNT NO. **Verizon Wireless** **Bankruptcy Department** **PO Box 1100** **Albany, NY  12250-0001** | | | Several account | | | | **4,904.00** |

Sheet no. **29** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,553.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE  P And P "Quick-Sett" Services, Inc.                                    Case No. **10-14705**
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Verizon Wireless Bankruptcy Department PO Box 1100 Albany, NY  12250-0001** | | | | | | | **1,443.00** |
| ACCOUNT NO. | | | | | | | |
| **Verizon Wireless Bankruptcy Department PO Box 1100 Albany, NY  12250-0001** | | | | | | | **527.00** |
| ACCOUNT NO. | | | | | | | |
| **Verizon Wireless Bankruptcy Department PO Box 1100 Albany, NY  12250-0001** | | | | | | | **161.00** |
| ACCOUNT NO. | | | | | | | |
| **Verizon Wireless Bankruptcy Department PO Box 1100 Albany, NY  12250-0001** | | | | | | | **56.00** |
| ACCOUNT NO. | | | | | | | |
| **W.J. Graves PO Box 401 East Templeton, MA  01438-0401** | | | | | | | **9,175.00** |
| ACCOUNT NO. | | | | | | | |
| **W.W. Grainger C/O Laurence K Richmond & Assoc. 1419 Hancock St Ste 200 Quincy, MA  02169-5250** | | | | | | | **999.00** |
| ACCOUNT NO. | | | | | | | |
| **Walpole Valley Tire RR 12 Walpole, NH  03608** | | | | | | | **1,220.00** |

Sheet no. ___**30**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **13,581.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **P And P "Quick-Sett" Services, Inc.**                                Case No. **10-14705**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Waste Recycling Solutions** <br> **17 Old Dock Rd** <br> **Yaphank, NY  11980-9702** | | | | | | | **122,954.00** |
| ACCOUNT NO. <br> **Weaver Aggregate Transport** <br> **2020 County Road 470** <br> **Sumterville, FL  33585** | | | | | | | **762.00** |
| ACCOUNT NO. <br> **Williams Scottsman** <br> **8211 Town Center Dr** <br> **Nottingham, MD  21236-5904** | | | | | | | **2,981.00** |
| ACCOUNT NO. <br> **Witch Enterprise Inc.** | | | | | | | **2,200.00** |
| ACCOUNT NO. <br> **Workforce West Virginia Legal Dept** <br> **112 California Ave** <br> **Charleston, WV  25305-0016** | | | | | | | **1,814.00** |
| ACCOUNT NO. <br> **Yellin & Golden** <br> **2000 Commonwealth Ave Fl 3** <br> **Auburndale, MA  02466-2004** | | | | | | | **1,634.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**31**___ of ___**31**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **132,345.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $  **8,161,556.69**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** P And P "Quick-Sett" Services, Inc.                    Case No. **10-14705**
                        Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Rockland Leasing Corporation**<br>**154 Ditch Road**<br>**South New Berlin, NY  13843** | **Equipment leases** |
| **Mack Financial Services**<br>**7025 Albert Pick Rd**<br>**Greensboro, NC  27409-9539** | **Equipment leases** |
| **Ford Credit**<br>**National Bankruptcy Service Center**<br>**PO Box 537901**<br>**Livonia, MI  48153-7901** | **Equipment leases** |
| **Madison Capital**<br>**9 Gwynns Mill Ct Ste D**<br>**Owings Mills, MD  21117-3527** | **Equipment leases** |
| **Sterling National Bank**<br>**42 Broadway 3rd Fl**<br>**New York, NY  10004-1617** | **Equipment leases** |
| **CN Funding**<br>**PO Box 2149**<br>**Gig Harbor, WA  98335-4149** | **Equipment leases** |
| **All Points Capital Corp.**<br>**275 Broadhollow Rd**<br>**Melville, NY  11747-4808** | **Equipment leases** |
| **MFR Properties, LLc**<br>**19682 Gleedsville Rd**<br>**Leesburg, VA  20175-8847** | **Nonresidential real property lease**<br>**42857 Durham Court**<br>**Leesburg, VA** |
| **Kemble Hampden, LLC**<br>**35 Wilson Ln**<br>**Needham, MA  02492-2737** | **Nonresidential real property lease**<br>**100 Hampden Street**<br>**Roxbury, MA 02119** |
| **Mararian Complex, LLC**<br>**PO Box 16322**<br>**Rumford, RI  02916-0694** | **Nonresidential real property lease**<br>**425 Angell Street, Lower Level**<br>**Providence, RI 02906** |
| **Expertech Network Installation(US), Inc.**<br>**255 l'Assomption Blvd**<br>**Montreal, Quebec H1N 2G8,** | **Settlement Agreement date February, 2010** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **P And P "Quick-Sett" Services, Inc.**                              Case No. **10-14705**
_____                         _____
Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Angelo Scola**<br>**10 Yosemite Valley Rd**<br>**Westerly, RI  02891-5622** | **Rockland Leasing Corporation**<br>**154 Ditch Road**<br>**South New Berlin, NY  13843**<br><br>**CN Funding**<br>**PO Box 2149**<br>**Gig Harbor, WA  98335-4149**<br><br>**Santa Fuel**<br>**PO Box 1141**<br>**Bridgeport, CT  06601-1141**<br><br>**Luck Stone**<br>**PO Box 29871**<br>**Henrico, VA  23242-0871**<br><br>**Madison Capital**<br>**9 Gwynns Mill Ct Ste D**<br>**Owings Mills, MD  21117-3527**<br><br>**Carter Machinery Company, Inc.**<br>**PO Box 751053**<br>**Charlotte, NC  28275-1053**<br><br>**Rock Hill Sand & Gravel Inc.**<br>**Joseph Kasiner, Esq & M. Hoseph Pierce E**<br>**7653 Leesburg Pike**<br>**Falls Church, VA  22043-2520**<br><br>**New Alliance Bank**<br>**195 Church St**<br>**New Haven, CT  06510-2009** |
| **Angelo Scola**<br>**10 Yosemite Valley Rd**<br>**Westerly, RI  02891-5622**<br><br>**Friendship Utilities**<br>**425 Angell St**<br>**Providence, RI  02906-4403** | **Priggen Steel Building Company, Inc.**<br>**PO Box 1039**<br>**Wrentham, MA  02093-9039**<br><br>**Rockland Leasing Corporation**<br>**154 Ditch Road**<br>**South New Berlin, NY  13843**<br><br>**Ford Credit**<br>**National Bankruptcy Service Center**<br>**PO Box 537901**<br>**Livonia, MI  48153-7901**<br><br>**CN Funding**<br>**PO Box 2149**<br>**Gig Harbor, WA  98335-4149**<br><br>**All Points Capital Corp.** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE  P And P "Quick-Sett" Services, Inc.                                    Case No. **10-14705**
_____                          _____
                        Debtor(s)                                              (If known)

### SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nancy L. Scola**<br>**2203 South Ct**<br>**Palo Alto, CA  94301-4134** | **275 Broadhollow Rd**<br>**Melville, NY  11747-4808**<br><br>**Madison Capital**<br>**9 Gwynns Mill Ct Ste D**<br>**Owings Mills, MD  21117-3527**<br><br>**Sterling National Bank**<br>**Leasing Department**<br>**177 Crossways Park Dr**<br>**Woodbury, NY  11797-2016**<br><br>**New Alliance Bank**<br>**195 Church St**<br>**New Haven, CT  06510-2009**<br><br>**New Alliance Bank**<br>**195 Church St**<br>**New Haven, CT  06510-2009** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                    Case No. **10-14705**

**P And P "Quick-Sett" Services, Inc.**                                   Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      0.00 | | |
| B - Personal Property | Yes | 3 | $ 4,665,426.36 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $ 2,737,574.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $   383,557.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | $ 8,161,556.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 48 | $ 4,665,426.36 | $ 11,282,688.08 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **P And P "Quick-Sett" Services, Inc.**                                   Case No. **10-14705**
_____                                   _____
Debtor(s)                                                                     (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                              Debtor

Date: _____   Signature: _____
                                                                      (Joint Debtor, if any)
                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Acting CFO**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **P And P "Quick-Sett" Services, Inc.**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**49**____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December  3, 2010**_____   Signature: **_/s/ Michael Elling_**_____

                                         **Michael Elling**_____
                                                              (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                    Case No. **10-14705**

P And P "Quick-Sett" Services, Inc.                                      Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

## 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 4,261,819.99 | 2010 |
| 9,192,466.91 | 2009 |
| 8,166,425.61 | 2008 |

---

## 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors
### Complete a. or b., as appropriate, and c.

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Aggregate Import Inc.**<br>**2094 Willow Glen Dr**<br>**El Cajon, CA  92019-3903** | **Previous 90 days** | **11,602.31** | **0.00** |
| **All Points Capital Corp.**<br>**275 Broadhollow Rd**<br>**Melville, NY  11747-4808** | **Previous 90 days** | **7,500.00** | **0.00** |
| **Attleboro Sand** | **Previous 90 days** | **33,458.73** | **0.00** |
| **Campo Materials Company**<br>**36501 Church Rd**<br>**Campo, CA  91906-2723** | **Previous 90 days** | **7,241.84** | **0.00** |
| **Diamond Concrete** | **Previous 90 days** | **14,916.88** | **0.00** |
| **Lehigh Northeast Cement Company**<br>**PO Box 405773**<br>**Atlanta, GA  30384-5773** | **Previous 90 days** | **7,173.05** | **0.00** |

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Angelo Scola**<br>**10 Yosemite Valley Rd**<br>**Westerly, RI  02891-5622** | **Previous 12 months** | **132,583.35** | **0.00** |
| **Nancy L. Scola**<br>**2203 South Ct**<br>**Palo Alto, CA  94301-4134** | **Previous 12 months** | **81,224.00** | **0.00** |
| **Angelo Scola, Jr.**<br>**1 Marston Way**<br>**Worcester, MA  01609-2115** | **Previous 12 months** | **78,000.00** | **0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Clean Harbors Environmental Services, Inc. v. P and P Quick Sett Services, Inc., Case No. 200956CV000110** | **Breach of contract** | **District Court, Quincy, MA** | **Judgment for Plaintiff** |
| **Clean Harbors Environmental Services, Inc. v. P and P Quick Sett Services, Inc., Case No. 200956CV3900** | **Suit to enforce judgment/execution** | **District Court, Quincy, MA** | **Settled; P&P in default of payment obligation under the agreement** |
| **Cleveland Brothers Equipment Co., Inc. v. P and P "Quick-Sett" Services, Inc., Case No. 3773 of 2010** | **Breach of contract** | **Court of Common Pleas, Westmoreland County, PA** | **Judgment for Plaintiff** |
| **Clock Tower Law Group, LLC v P and P "Quick Sett" Services,** | **Breach of contract** | **District Court, Framingham, MA** | **Judgment for Plaintiff** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Inc., Case No. 200749CV001044

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Clock Tower Law Group, LLC v P and P "Quick-Sett" Services, Inc., Case No. PC 09-2556 | Registration of foreign judgment | Superior Court , Providence County, RI | Judgment registered |
| Ennstone, Inc. v. P and P "Quick-Sett" Services, Inc., Case No. 2009-17040 | Breach of contract | Circuit Court , Fairfax County, VA | Judgment for Plaintiff |
| Ennstone, Inc. v. P and P "Quick-Sett" Services, Inc., Case No. 2010-6865 | Garnishment | Circuit Court , Fairfax County, VA | Settled; P&P in default of payment obligation under the agreement |
| Expertech Associates, Inc. v. EIC Associates, Inc. and P&P Quick-Sett Services, Inc., Civil Action No. UNN-L-1506-09 | Breach of contract; accounting | Superior Court, Union County, NJ | Settled; P&P in default of payment obligation under the agreement |
| David A. Flannery v. P&P Quick-Set Services, Inc., Case No. 6SC-2009-07631 | Breach of contract | Small Claims Court Providence County, RI | Judgment for Plaintiff, satisfied |
| Hallen Construction Co., Inc. v. P and P "Quick-Sett" Services, Inc., Case No. 146/08 | Breach of contract; account stated | Supreme Court Nassau County, NY | Judgment for Plaintiff |
| Hallen Construction Co., Inc. v. P and P "Quick-Sett" Services, Inc., Case No. MICV2008-01831 | Complaint on Foreign Judgment | Superior Court Middlesex County, MA | Judgment registered/entered |
| Hallen Construction Co., Inc. v. P and P "Quick-Sett" Services, Inc., Case No. PC-09-6659 | Registration of foreign judgment | Superior Court Providence County, RI | Judgment registered |
| Hartford Fire Insurance Company v. P and P Quick-Sett Services, Inc., et al., Case No. CV08-6003140-S | Construction defect claim | Superior Court Hartford, CT | Pending |
| JR & Sons Construction & Development, Inc. v. P&P Quick Set Services, Case No. 108 000039 | Small claims, breach of contract | Precinct Court, Small Claims Beaver County, UT | Pending |
| Luck Stone Corporation v. P and P "Quick-Sett" Services,Inc. and Angelo Scola, Case No. 2010-11772 | Breach of contract | Circuit Court Fairfax County, VA | Pending |
| Nautilus Insurance Company v. P and P "Quick Sett" Services, Inc., Case No. MICV2008-03987 | Breach of contract, suit on account | Superior Court County of Middlesex, MA | Judgment for Plaintiff |
| Nautilus Insurance Company v. P and P Quick Sett Services, Inc., Case No. | Registration of foreign judgment | Superior Court Providence County, RI | Judgment registered |
| P&P Quick-Sett Services, Inc. v. Manafort Brothers, Inc., et al., Case No. CV09-5013282S | Breach of contract | Superior Court New Britain, CT | Settled, pending court approval |
| P&P Quick-Sett Services, Inc. v. Manafort Brothers, Inc., et al., Case No. CV09-5013282S | | | |
| Polivy & Taschner, LLC, v P and P Quick-Sett Services, Inc., Case No. CV10-6014215-S | Breach of contract | Superior Court Hartford, CT | Judgment for Plaintiff |
| Rock Hill Sand & Gravel, Inc. d/b/a Gudelsky Materials v. P&P "Quick-Sett" Services, Inc.. et al., Case No. CL63082 | Action on account; attachment | Circuit Court Loudoun County, VA | Pending |
| Santa Fuel, Inc. v P and P | Breach of contract | Superior Court | Judgment for Plaintiff |

| | | | |
|---|---|---|---|
| "Quick-Sett" Services, Inc. and Angelo Scola, Case No. CV09-5021748S | | Fairfield, CT | |
| Santa Fuel, Inc. v P and P "Quick-Sett" Services, Inc. and Angelo Scola, Case No. PC10-5329 | Registration of foreign judgment | Superior Court Providence County, RI | Judgment registered |
| Technology Advisory Group, LLC v. P&P "Quick-Sett" Services, Inc., Case No. 10-11301 | Breach of contract | District Court Providence County, RI | Pending |
| Town of Westwood v. P and P "Quick-Sett" Services, Inc. and Angelo Scola, Case No. 0954CV01389 | Action on account | District Court Dedham, MA | Judgment for Plaintiff |
| Town of Westwood v. P and P "Quick-Sett" Services, Inc. and Angelo Scola, Case No. 10-2077 | Registration of foreign judgment | Superior Court Providence County, RI | Judgment for Plaintiff, satisfied |
| Universal Premium Acceptance Corp. v. P and P "Quick-Sett" Services, Inc., Case No. 07LA14535 | Breach of Contract | District Court Johnson County, KS | Judgment for Plaintiff |
| Waterfront Enterprises, Inc. d/b/a Gateway Terminal v. P&P Quick-Sett Services, Inc., et al., Case No. NNH-CV10-6008841-S | Breach of contract | Superior Court New Haven, CT | Settled |
| Michael Gherlone v. Frienship Utilities, Inc. and The Eagle Leasing Company v. P&P Quickset Services, Inc., C.A. No. NNH-CV-09-6003682-S | | Superior Court, New Haven, CT | Pending |
| Green Plains Grain v. P&P Quick Set Services, Inc., C.A. No. SCCV019131 | | District Court, Small Claims Division, Dickinson County, IA | Pending |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mass Ave. Sun Mart, Inc.** **C/O Domestico Lane & Mcnamara LLP** **161 Worcester Rd** **Framingham, MA  01701-5352** | **11/9/2010** | **$9,620.52** |

---

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit Corporation** **Attn. National Bankruptcy Dept** **PO Box 6275** **Dearborn, MI  48121-6275** | **July-October, 2010** | **Ford repossessed six trucks** |

---

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Theft $6,620.00** | **Leesburg, VA** | **August 7, 2010** |
| **Truck #105 $18,689.28** | **Rollover** | **April 11, 2010** |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Raskin & Berman**<br>**116 East Manning St**<br>**Providence, RI  02906** | **November 8, 2010** | **6,064.00** |
| **Pre fees and filing fees** | | |
| **Raskin And Berman**<br>**116 E Manning St**<br>**Providence, RI  02906-4310** | **November 8, 2010** | **23,936.00** |
| **Funds held in Raskin & Berman clients account** | | |
| **Vincent A. Indeglia, Esqire**<br>**Ferrucci Russo, P.C.**<br>**55 Pine St**<br>**Providence, RI  02903-2841** | **November 8, 2010** | **5,000.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank Of America** | **13 closed accounts ending in numbers as follows:** | **All on filing date to open Debtor in possession accounts at Citizens Bank** |

**9657**
**9686**
**8291**
**4601**
**6175**
**0146**
**4035**
**5778**
**2931**
**4591**
**5781**
**2973**
**2944**

---

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Mass Ave. Sun Mart, Inc.**<br>**D/B/A Mass Avenue Sunoco**<br>**895 Massachusetts Ave**<br>**Boston, MA  02118-2607** | **November 9, 2010** | **2,000.00** |

**Bank of America froze account.  Approximately$2,000, but unknown current on status.**

---

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Angelo Scola**<br>**10 Yosemite Valley Rd**<br>**Westerly, RI  02891-5622** | **The Debtor utilizes on a non-exclusive basis a patent and trade secrets developed and owned by shareholder, Angelo Scola.** | |

---

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **600 Worcester Road, Ste LL3, Framingham, MA 01702** | | **2005-8/31/2008** |
| **220 West Exchange St, Ste 110, Providence, RI 02903** | | **9/1/2008-6/30/2009** |
| **220 West Exchange St, Ste 200, Providence, RI 02903** | | **7/1/2009-8/6/2010** |

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None** ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

**None** ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**None** ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

**None** ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

**None** ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sarah DiGiovani**<br>**20 Knollwood Drive**<br>**Cumberland, RI 02864** | **Approximately 2008 - 2010** |
| **Ryan Bates**<br>**304 Treasure Island Rd**<br>**Webster, MA 01570-1568** | **Approximately 2004 - 2010** |
| **George Isaac**<br>**36 Whisper Dr**<br>**Worcester, MA 01609-1150** | **Approximately 2004 - present** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**P And P Quick Sett Services Inc.**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **C.W. Wright** | **July, 2010** |

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Angelo Scola**<br>**10 Yosemite Valley Rd**<br>**Westerly, RI  02891-5622** | **All titles** | |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Angelo Scola**<br>**10 Yosemite Valley Rd**<br>**Westerly, RI  02891-5622** | **Salary and business eXpense** | **$132,583.35** |
| **Nancy L. Scola**<br>**2203 South Ct**<br>**Palo Alto, CA  94301-4134** | **Salary** | **$81,224.00** |
| **Angelo Scola, Jr.**<br>**1 Marston Way**<br>**Worcester, MA  01609-2115** | **Salary** | **$78,000.00** |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑  has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **December  3, 2010**                   Signature: ***/s/ Michael Elling***

                                    **Michael Elling, Acting CFO**
                                                                        Print Name and Title

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### District of Rhode Island

IN RE:                                                      Case No. **10-14705**

**P And P "Quick-Sett" Services, Inc.**                     Chapter **11**

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer       Social Security number (If the bankruptcy
Address:                                                               petition preparer is not an individual, state
                                                                       the Social Security number of the officer,
                                                                       principal, responsible person, or partner of
                                                                       the bankruptcy petition preparer.)
X _____                             (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**P And P "Quick-Sett" Services, Inc.**          X /s/                                    12/03/2010
Printed Name(s) of Debtor(s)                     Signature of Debtor                       Date

Case No. (if known) **10-14705**                 X _____
                                                 Signature of Joint Debtor (if any)        Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Rhode Island

IN RE:                                                    Case No. **10-14705** _____

**P And P "Quick-Sett" Services, Inc.** _____        Chapter **11** _____
<span>Debtor(s)</span>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................... $ **300.00/hr**

    Prior to the filing of this statement I have received ........................................ $ **6,064.00**

    Balance Due ........................................................................................ $ _____

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Fee agreement provides that the above compensation entitles debtor to up to 6 hours of legal services.  Additional services, including adversary proceedings, contested bankruptcy matters and debtor audits, are not included.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          **/s/ Russell D. Raskin**
     **December  3, 2010**
            Date                                  **Russell D. Raskin 1880**
                                                **Raskin & Berman**
                                                **116 East Manning St**
                                                **Providence, RI  02906**
                                                **(401) 421-1363  Fax: (401) 272-4467**
                                                **mail@raskinberman.com**