UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:   P and P "Quick-Sett" Services, Inc.        Case            No: 10-14705

Debtor,                                              Chapter:        11

### ORDER ON EMERGENCY MOTION TO EXPEDITE HEARING
### ON APPLICATION TO COMPROMISE

The Court hereby GRANTS AS FOLLOWS the Debtor's emergency motion to expedite hearing on application to compromise [Doc. 285].

The Court shall hold a hearing on the Debtor's motion to approve compromise under Rule 9019 between P and P "Quick-Sett" Services, Inc. and Rockland Lease Funding Corp. [Doc. 284] on Wednesday, April 6, 2011 at 10:00 a.m.

Any objections/responses to the Debtor's motion shall be filed on or before Tuesday, April 5, 2011 at 12:30 p.m. If no responses or objections are filed, the Court may cancel the hearing.

The Debtor shall serve this order immediately on the United States Trustee, the tax authorities, the 20 largest unsecured creditors and all parties requesting notice via electronic mail or facsimile and shall file a certificate of such service on or before Monday, April 4, 2011 at 12:30 p.m.

Entered on Docket:  4/1/2011
Document Number:  288

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge