**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: P and P "Quick–Sett" Services, Inc.    BK No. 1:10–bk–14705

Debtor(s)    Chapter 11

### ORDER MOTION/APPLICATION (doc# 284 ) BY RULE OF COURT
*Re: Motion to Approve Compromise with Rockland Lease Funding Corp.*
*filed by P and P "Quick–Sett" Services, Inc.*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a),it is **ORDERED** that the Motion/Application (doc.# 284 ) is hereby GRANTED.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **4/5/11**

Entered on Docket: **4/5/11**
Document Number: **309 – 284**

101.jsp

_____

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*